In the Matter of JOSEPH L. AUER, on His Own Behalf and on Behalf of All Holders of Class A Stock of R. HOE & Co., INC., et al., Respondents, against ARTHUR DRESSEL, Individually and as President of R. HOE & Co., INC., et al., Appellants.

Submitted March 8, 1954; decided March 11, 1954.

*Sullivan & Cromwell* for respondents.
*Neil P. Cullom* for appellants.

Motion granted and James D. Mooney, as president of R. Hoe & Co., Inc., substituted as a party respondent in the place and stead of Arthur Dressel, individually and as president of R. Hoe & Co., Inc., on the appeal herein.